**Exhibit B**

| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, STATE OF COLORADO<br><br>Court Address:<br>1437 Bannock St.<br>Denver, CO 80202<br>Telephone: (303) 606-2300 | DATE FILED<br>June 5, 2026 10:00 AM<br>FILING ID: 79329C24F04DE<br>CASE NUMBER: 2026CV32068 |
| Plaintiff:<br><br>Shahrouz Shahbazi<br><br>V.<br><br>Defendants:<br>Marriott International, Inc., Sheraton License Operating Company, LLC. | **COURT USE ONLY** |
| Attorney for Plaintiff:<br><br>Lomena Law<br>Edward Lomena, Esq., #45899<br>2701 Lawrence Street, Suite 8<br>Denver, CO 80205<br>Phone: (720) 663-1897<br>Fax: (833) 805-0640<br>Email: Edward.lomena@lomenalaw.com | Case Number:<br><br>Division: |
| **PLAINTFF'S CIVIL COMPLAINT FOR DAMAGES** | |

COMES NOW Plaintiff Shahrouz Shahbazi ("Plaintiff"), by and through his attorney Lomena Law, for his Complaint against Defendants Marriott International, Inc., Sheraton License Operating Company, LLC, ("Defendants) states as follows:

## PARTIES

1. Plaintiff Shahrouz Shahbazi is an individual and resident of Anaheim, California, residing at 8457 East Saratoga Street, Anaheim, California 92808.

2. Defendant Marriott International, Inc. is a foreign corporation authorized to conduct business in the State of Colorado and, upon information and belief, owned, operated, managed, controlled, maintained, and/or was otherwise responsible for the Sheraton Denver Downtown Hotel located at 1550 Court Place, Denver, Colorado 80202. Marriott International, Inc. may

**Exhibit B**

be served through its registered agent, Corporation Service Company, located at 1900 W. Littleton Boulevard, Littleton, Colorado 80120.

3. Defendant Sheraton Licensing Operating Company, LLC. is a foreign Corporation authorized to conduct business in the State of Colorado and, upon information and belief, owned, operated, managed, controlled, maintained, and/or was otherwise responsible for the Sheraton Denver Downtown Hotel located at 1550 Court Place, Denver, Colorado 80202. Marriott International, Inc. may be served through its registered agent, Corporation Service Company, located at 1900 W. Littleton Boulevard, Littleton, Colorado 80120.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to Colorado law because the events giving rise to Plaintiff's claims occurred in Denver County, Colorado.

5. Venue is proper in Denver County pursuant to C.R.C.P. 98 because the incident occurred in Denver County and Defendants conduct business within Denver County.

## GENERAL ALLEGATIONS

6. On or about August 29, 2025, Plaintiff was a paying guest at the Sheraton Denver Downtown Hotel located at 1550 Court Place, Denver, Colorado. Plaintiff was assigned to Room 2235.

7. During the overnight hours, Plaintiff observed multiple bats inside his hotel room.

8. Plaintiff reported the presence of the bats to hotel staff.

9. Hotel maintenance personnel responded to Plaintiff's room and attempted to remove the bats.

10. Despite the presence of bats in the room, hotel staff failed to relocate Plaintiff to another room.

11. Hotel staff further failed to adequately repair, secure, or remediate the condition that allowed the bats to enter the room.

12. Plaintiff observed an opening beneath the in-room air conditioning unit that was in disrepair and which appeared to provide access for the bats to enter the room.

13. Even after maintenance personnel responded, the opening remained, and Plaintiff was forced to attempt to block the area himself using a towel.

Exhibit B

14. Plaintiff awoke the following morning and observed that a bat remained inside the room.

15. Plaintiff sustained bat bite injuries as a result of the incident.

16. Animal control ultimately responded to Room 2235 and removed a bat from the room.

17. Because of the bat bitee and risk of rabies transmission, Plaintiff underwent emergency medical evaluation and rabies post exposure prophylaxis treatment.

18. Plaintiff incurred substantial medical expenses ($102,401.85**)** and suffered severe emotional distress, anxiety, fear, mental anguish, inconvenience, loss of enjoyment of life, and occupational consequences as a result of the incident.

19. At all relevant times, Defendants knew or should have known that hotel guest rooms must be maintained in a reasonably safe condition and free from openings or conditions permitting wildlife intrusion.

20. Defendants failed to reasonably inspect, maintain, repair, monitor, and secure the premises.

21. Defendants further failed to take reasonable action to protect Plaintiff after receiving notice of the dangerous condition.

**FIRST CLAIM FOR RELIEF**
**Premises Liability**
**(C.R.S. § 13-21-115)**

22**.** Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

23. Plaintiff was an invitee on Defendants' property.

24. Defendants owed Plaintiff a duty to exercise reasonable care to protect against dangers of which they actually knew or should have known.

25. Defendants breached their duties by, among other things:

a. Allowing dangerous conditions to exist within the guest room;

b. Failing to inspect and maintain the premises in a reasonably safe condition;

c. Failing to repair openings or defects permitting wildlife intrusion;

d. Failing to adequately respond after receiving notice of bats inside the room;

e. Failing to relocate Plaintiff to a safe room;

f. Failing to warn Plaintiff of dangerous conditions; and

g. Otherwise failing to exercise reasonable care under the circumstances.

26. As a direct and proximate result of Defendants' conduct, Plaintiff suffered injuries and damages, including but not limited to medical expenses, physical injury, emotional distress, anxiety, fear, inconvenience, impairment of quality of life, lost enjoyment of life, and other economic and noneconomic damages.

**SECOND CLAIM FOR RELIEF**
**Negligence**

27. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

28. Defendants owed Plaintiff a duty to exercise reasonable care in the ownership, operation, management, inspection, maintenance, supervision, and control of the hotel premises.

29. Defendants breached their duties through negligent acts and omissions, including but not limited to those described above.

30. Defendants' negligence was a direct and proximate cause of Plaintiff's injuries and damages.

WHEREFORE, Plaintiff Shahrouz Shahbazi prays for judgment against Defendants Marriott International, Inc and Sheraton License Operating Company, LLC, for all economic and noneconomic damages according to proof at trial, including but not limited to medical expenses, physical injury, emotional distress, anxiety, loss of enjoyment of life; for all statutory and necessary costs, including but not limited to expert witness fees and expenses incurred in the investigation and discovery required to present Plaintiff's claims; for pre judgment and post judgment interest as permitted by law; and for such other and further relief as the Court deems just, proper, and appropriate under the circumstances.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

**Exhibit B**

Respectfully submitted, this 5th day of June, 2026.

LOMENA LAW

Edward Lomena

Edward Lomena, Esq., #4025
Attorneys for Plaintiff

Plaintiff's Address:
8457 East Saratoga Street
Anaheim, CA 92808